■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. THOMAS E. FOX, JR., Admitted on January 10, 1989, at a Term of the Appellate Division, First Department. [718 NYS2d 815] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 240 AD2d 106.]